```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
SAURABH PASSI,                                                  :
                                                                :
                           Plaintiff,                           :
                                                                :          21-cv-6631 (LJL)
            -v-                                                 :
                                                                :              ORDER
JPMORGAN CHASE, N.A.,                                           :
                                                                :
                           Defendants.                          :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023

LEWIS J. LIMAN, United States District Judge:

      On October 8, 2021, by joint stipulation and order, the parties agreed that the claims, defenses, and counterclaims in this case would be heard in arbitration. There has been no activity on the docket since. It is ORDERED that counsel for Plaintiff and counsel for Defendant shall submit a joint status update by April 7, 2023, informing the Court of the status of the arbitration between them and shall submit a status update every 60 days thereafter.

      SO ORDERED.

Dated: March 28, 2023
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge