UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAURABH PASSI,  <br>                    Plaintiff,  <br>      v.  <br> JPMorgan Chase, N.A.,  <br>                    Defendant. | 21 Civ. 6631 (DEH)  <br>  <br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued by Judge Liman on March 28, 2023, directed the parties to file a status letter regarding the status of arbitration. *See* ECF No. 10. On October 20, 2023, this matter was reassigned to the undersigned. *See* ECF No. 15.

The parties last filed a status letter on January 31, 2024. *See* ECF No. 17. Per Order No. 10, the parties should have filed a status letter by April 1, 2024. No such letter was filed. It is hereby **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **April 11, 2024.**

SO ORDERED.

Dated: April 4, 2024
         New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge